UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH DENSON | CIVIL ACTION |
| VERSUS | NUMBER: 20-2708 |
| TERREBONNE PARISH SHERIFF'S DEPT., ET AL. | SECTION: "H"(5) |

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to comply with Local Rule 41.3.1 requiring him to notify the Court of a current e-mail or postal address after having received notice of an incorrect address and no correction being made for 35 days from the return, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 15th day of November, 2021.

**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**